FILED
2012 Feb-16  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRE′ MAURICE DANSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:09-cv-2008-IPJ-PWG |
| | ) | |
| SERGEANT TRENTON EADS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 24, 2012, recommending that the defendant Tony Williams' motion for summary judgment be granted and this cause be dismissed with prejudice. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.[1]

A Final Judgment will be entered.

DONE this the 16th day of February 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

---

[1] The motion for summary judgment filed by all other defendants was granted in an order dated June 7, 2011.